UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO IN BANKRUPTCY

*Minutes of Proceeding*

Date: April 11, 2013                                                                 Honorable A. Bruce Campbell, Presiding

In re: **Grant Family Farms, Inc.**                                              Case No. 12-35952 **ABC**

Debtor.                                                                                                        Chapter **7**

| | Appearances | | |
|---|---|---|---|
| Trustee | Chapter 7 Trustee Joli A. Lofstedt | Counsel | Douglas C. Pearce, II |
| Creditor | Localization Partners, LLC | Counsel | Andrew Snyder |
| Creditor | Mountain Spirit Organic LLC, Kevin Fix, Lewis Grant | Counsel | Thomas F. Quinn |
| Int. Party | Curtis Bridges | Counsel | Pro Se |
| Int. Party | Richard Fisher | Counsel | Pro Se |
| Int. Party | Lewis Grant | Counsel | Pro Se |
| Int. Party | Delbert Black | Counsel | Pro Se |

Proceedings: Hearing on Chapter 7 Trustee's Motion to Approve (1) Assumption and Assignment of Leases; and (2) Sale of Intangible Property (Trustee's Omnibus Motion filed at Docket #68) and various objections there (Docket #'s 92, 94, 95, 102, 105, 107, 108, 113)

[ ] Witnesses sworn          [ ] See attached list          [ ] Exhibits entered          [ ] See attached list          [ ] Evidentiary

Orders:

    [x]   Relief sought in complaint/motion:   [x] Granted, as to Item 1   [ ] Denied   [ ] Dismissed   [ ] Awarded by default

    [ ]   Judgment to enter for:   [ ] Plaintiff   [ ] Defendant   [ ] Applicant   [ ] Respondent
        [ ] In the amount of $_____

    [ ]   Matter taken under advisement

    [x]   Oral findings and conclusions made of record as to Item 1

    [x]   Formal order to enter as to Item 1

    [x]   Continued to   June 10, 2013, at 9:00 a.m. in Courtroom C205, Rogers Courthouse, 1929 Stout St., Denver, CO,   ✓
        for a one (1) day trial as to Item 2.

[X] The parties have reached an agreement regarding the assumption and assignment of leases and approved, subject to the terms set forth in open court. Counsel for the trustee shall prepare a form of order, and circulate to counsel and interested parties present at today's hearing, before presenting to the Court. The form of order may be sent to Judge Campbell's chambers at CourtroomC@cob.uscourts.gov.

[X] Discovery shall be completed by May 31, 2013. Time for responses to written discovery shall be reduced to fourteen (14) days.

[X] Any experts shall be designated and Rule 26(a)(2) reports shall be exchanged by May 31, 2013. Experts may be deposed until June 7, 2013.

[X] The parties shall exchange pre-marked exhibits and exchange and file exhibit and witness lists with the Court by June 5, 2013, failing which the trustee's motion for sale of intangible property and/or the creditors' objections may be deemed abandoned. The trustee shall use numbers and the objector(s) shall use letters in preparation of exhibits.

Date: April 11, 2013                                                     FOR THE COURT:
                                                             Kelly J. Sweeney, Acting Clerk of Bankruptcy Court

                                                                                 /s/ Rey Elefante
                                                                        By: _____